UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     No. 4:07-CR-439 CEJ
                                    )
MICHAEL ANTHONY JONES,              )
                                    )
          Defendant.                )

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all
pretrial matters in this case to United States Magistrate Judge
Thomas C. Mummert, III, for determination and recommended
disposition, where appropriate.  On September 14, 2007, Judge
Mummert issued a Report and Recommendation, recommending denial
of the defendant's motion to sever and motion to suppress
evidence.  No objections to the Report and Recommendation have
been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of
United States Magistrate Judge Thomas C. Mummert, III, is
sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Michael

Anthony Jones to sever [#32] and to suppress evidence [# 31] are

**denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 28th day of September, 2007.