UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:07CR0439 CEJ |
| v. | ) |
| | ) |
| MICHAEL ANTHONY JONES, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Michelle L. Monahan enters her appearance as appointed counsel of record for the Defendant Michael Anthony Jones replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Michelle L. Monahan
MICHELLE L. MONAHAN   42736 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: michelle_monahan@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 04/23/2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Michelle L. Monahan
MICHELLE L. MONAHAN   42736 MO